United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 27, 2005**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 05-50123

(Summary Calendar)
_____

JOSE MENCHACA,

Plaintiff-Appellant,

versus

JOHN E POTTER, Postmaster General

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:03-CV-228

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     AFFIRMED.  See 5TH CIR. R. 47.6

---

    [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.